1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  OWEN P. MARTIKAN (SBN 177104)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, 10th Floor
5      San Francisco, California 94102-3495
       Telephone:   (415) 436-7241
6      Facsimile:   (415) 436-6748
       Email:       owen.martikan@usdoj.gov
7
   Attorneys for the United States
8
                   UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 RICHARDO ANGEL NAVARRETTE,      )  Case No. C 04-0760 JSW
                                   )  **E-FILING CASE**
13              Plaintiff,         )
                                   )
14         v.                      )  **STIPULATED REQUEST TO VACATE**
                                   )  **PRETRIAL AND TRIAL DATES**
15 THE UNITED STATES OF AMERICA,   )  **PENDING SUMMARY JUDGMENT**
                                   )  **RULING**
16              Defendant.         )
                                   )
17 _____  )

18     This is a Federal Tort Claims Act case that is currently set for bench trial beginning

19 August 29, 2005. The pre-trial conference is scheduled for August 8, 2005.

20     The United States' summary judgment motion based on the discretionary function

21 exception is now pending before the Court. The Court issued a tentative ruling on May 19, 2005,

22 and heard oral argument on May 20.

23 **I.    Reasons for the Parties' Request.**

24     The parties must take numerous expert depositions (5 by Navarrette, 4 by the United

25 States) before the current July 30 cutoff for expert discovery. To save both parties the

26 considerable expense and time that these depositions will require, the parties respectfully ask the

27 Court to vacate the remaining pre-trial dates and the trial date in this case, pending the Court's

28 ruling on the summary judgment motion.

If summary judgment is denied, the parties suggest a status conference to reset the remaining scheduling deadlines in this case.[1]

So stipulated and respectfully submitted,

KEVIN V. RYAN
United States Attorney

Dated: July 11, 2005

/s/
OWEN P. MARTIKAN
Assistant United States Attorney
Attorneys for Defendant

BOZMAN-MOSS & WATSON

Dated: July 11, 2005

/s/
BARBARA BOZMAN-MOSS
Attorneys for Plaintiffs

## ORDER

Per the parties' stipulation and for good cause shown, the Court hereby vacates the trial and pretrial dates in this case, pending its ruling on defendant's motion for summary judgment.

SO ORDERED.

Dated: July 15, 2005

/s/ Jeffrey S. White
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] A trial date in mid-October would conflict with some witnesses' celebration of Rosh Hashanah and Yom Kippur.

STIP. REQ. TO VACATE PRETRIAL DATES
C04-0760 JSW          2