|   |   |
|---|---|
| 1 | BARBARA L. BOZMAN-MOSS (CSBN 129275) |
|   | Bozman-Moss & Watson |
| 2 | 700 College Avenue |
|   | Santa Rosa, CA 95404 |
| 3 | Tel: (707) 575-6000 |
|   | Fax: (707) 575-6014 |
| 4 | E-mail: barbara@bmw-law.com |

Attorney for Plaintiffs

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICARDO ANGEL NAVARRETTE and )
KELLY KASLAR, ) Case No. CV 04-0760 JSW
 )
 )
           Plaintiffs, ) **STIPULATION AND**
 ) **JOINT MOTION TO EXTEND**
v. ) **DEADLINES FOR COMPLETION**
 ) **OF MEDIATION AND EXPERT**
UNITED STATES OF AMERICA, ) **DISCOVERY; [PROPOSED]**
 ) **ORDER**
 )
           Defendant. )
_____ )

Subject to this Court's approval, plaintiff, Ricardo Angel Navarrette, and defendant, the United States of America, by and through their undersigned counsel, hereby stipulate and agree to continue the deadlines for completion of expert discovery and the further court-connected

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION AND EXPERT DISCOVERY
C 04-0760 JSW

mediation. This Federal Tort Claims Act case is currently set for bench trial beginning on April 27, 2009. The pre-trial conference will take place on April 6, 2009. This request will cause no change to the pre-trial conference date or the trial date.

The parties have completed factual discovery. The additional time is necessary to allow the parties to conduct the depositions of expert witnesses. One of plaintiff's experts, Dr. Alex Battaglia, is currently out of the country on sabbatical. Defendant intends to conduct his deposition upon his return to the United States in early January. Plaintiff's expert, Lisa Davidson, Ph.D., was unable to complete her report prior to November 17, 2008, the date on which defendant noticed her deposition. Defendant has re-scheduled her deposition for January 12, 2009. Plaintiff also intends to conduct the depositions of defendant's experts, William Hooker, Ph.D., Andrew O'Brien, and Margo Ogus.

In the absence of expert testimony, the parties agreed that they lacked sufficient information to engage in a meaningful mediation session. The parties conferred with the mediator, Christopher Johns, and scheduled a further mediation session for January 28, 2009.

The parties therefore jointly request that the Court extend the deadline for the completion of expert discovery from December 5, 2009 until February 27, 2009, and the deadline for the completion of further court-connected mediation from November 24, 2008, until February 27, 2009.

**IT IS SO STIPULATED.**

//
//
//
//
//
//
//

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION AND EXPERT DISCOVERY
C 04-0760 JSW                                    2

Dated: November 24, 2008

                          Respectfully submitted,

                          JOSEPH RUSSONIELLO
                          United States Attorney

By:       /s/
      ELLEN M. FITZGERALD
      Assistant United States Attorney
      Attorney for Defendant

BOZMAN-MOSS & WATSON

By:       /s/
      BARBARA BOZMAN-MOSS
      Attorney for Plaintiff

**APPROVED AND SO ORDERED.**

The Court hereby extends the deadline for the completion of expert discovery until February 27, 2009, and the deadline for completion of further court-connected mediation until February 27, 2009. All other dates are to remain the same.

DATED: November 25, 2008

HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION AND EXPERT DISCOVERY
C 04-0760 JSW