1 | BARBARA BOZMAN-MOSS (CSBN 129275)
Bozman-Moss & Watson
2 | 700 College Avenue
Santa Rosa, California 95404-4107
3 | Tel: (707) 575-6000
Fax: (707) 575-6014
4 | E-mail: barbara@bmw-law.com

5 | Attorney for Plaintiffs

6 | JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
7 | JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
8 | ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
9 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
10 | Tel: (415) 436-7314
Fax: (415) 436-6748
11 | E-mail: ellen.fitzgerald@usdoj.gov

12 | Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICHARDO ANGEL NAVARRETTE and KELLY KASLAR, | CASE NO. C 04-0760 JSW |
|---|---|
| Plaintiffs, | |
| v. | **STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION; [PROPOSED] ORDER** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Subject to this Court's approval, plaintiff, Ricardo Angel Navarrette, and defendant, the United States of America, by and through their undersigned counsel, hereby stipulate and agree to continue the deadline for completion of court-connected mediation to March 6, 2009. This Federal Tort Claims Act case is currently set for bench trial beginning on April 27, 2009. The pre-trial

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION
C 04-0760 JSW

1  conference will take place on April 6, 2009.  This request will cause no change to the pre-trial
2  conference date or the trial date.

3      The parties have completed factual discovery.  The additional time is necessary to allow the
4  parties to complete expert witness depositions.  As currently scheduled, the last expert deposition in
5  this matter is scheduled for February 27, 2009.  In the absence of all expert testimony, the parties
6  agree they lack sufficient information to engage in a meaningful mediation session.  The parties
7  conferred with the mediator, Christopher Johns, and scheduled a mediation session for March 6,
8  2009.

9      The parties therefore jointly request that the Court extend the deadline for the completion of
10 court-connected mediation from February 27, 2009 until March 6, 2009.

11 **IT IS SO STIPULATED.**

12 Dated:  February 2, 2009

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

By: _____/s/_____
ELLEN M. FITZGERALD
Assistant United States Attorney
Attorney for Defendant


BOZMAN-MOSS & WATSON

By:_____/s/_____
BARBARA BOZMAN-MOSS
Attorney for Plaintiff

**APPROVED AND SO ORDERED.**

    The Court hereby extends the deadline for court-connected mediation until March 6, 2009.
All other dates remain the same.

Dated: _____February 3___, 2009                    _____
                                                                                                               HON. JEFFREY S. WHITE
                                                                                                               United States District Judge

STIPULATION AND JOINT MOTION TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION
C 04-0760 JSW