| | |
|---|---|
| 1 | BARBARA L. BOZMAN-MOSS (CSBN 129275) |
| | Bozman-Moss & Watson |
| 2 | 700 College Avenue |
| | Santa Rosa, CA 95404 |
| 3 | Tel: (707) 575-6000 |
| | Fax: (707) 575-6014 |
| 4 | E-mail: barbara@bmw-law.com |
| 5 | Attorney for Plaintiffs |
| 6 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| | United States Attorney |
| 7 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 8 | ELLEN M. FITZGERALD (NY 2408805) |
| | Assistant United States Attorney |
| 9 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, CA 94102-3495 |
| 10 | Tel: (415) 436-7314 |
| | Fax: (415) 436-6748 |
| 11 | E-mail: ellen.fitzgerald@usdoj.gov |
| 12 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICARDO ANGEL NAVARRETTE and KELLY KASLAR, | Case No. CV 04-0760 JSW |
| Plaintiffs, | **STIPULATION AND JOINT REQUEST FOR CONFERENCE WITH THE COURT; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Subject to this Court's approval, plaintiff, Ricardo Angel Navarrette, and defendant, the United States of America, by and through their undersigned counsel, hereby stipulate to and jointly request a conference with the Court on or after August 21, 2009.

STIPULATION AND JOINT REQUEST FOR CONFERENCE WITH THE COURT
C 04-0760 JSW

1  This case involves an action for personal injury arising under the Federal Tort Claims Act. On or about April 2, 2009, the parties entered into a settlement agreement and submitted the agreement and a proposed order for the Court's signature. On or about April 3, 2009, the Court entered an order approving the settlement.

Thereafter, at the request of plaintiff's counsel, the parties entered into an agreement to amend the terms of the April 2, 2009, settlement agreement. The parties jointly request a conference to inform the Court about this amendment and to seek the Court's approval of the amended settlement agreement. The parties will submit a fully-executed, amended settlement agreement and a proposed order for the Court's review prior to the conference.

Plaintiff's counsel will be out-of-the country on vacation from July 7 to August 14, 2009. The parties therefore request that the Court schedule a conference on or after Friday, August 21, 2009.

**IT IS SO STIPULATED.**

Dated: July 8, 2009                           Respectfully submitted,

                                              JOSEPH RUSSONIELLO
                                              United States Attorney

                                        By:   _____/s/_____
                                              ELLEN M. FITZGERALD
                                              Assistant United States Attorney
                                              Attorney for Defendant


                                              BOZMAN-MOSS & WATSON


                                        By:   _____/s/_____
                                              BARBARA BOZMAN-MOSS
                                              Attorney for Plaintiff

//
//
//
//

STIPULATION AND JOINT REQUEST FOR CONFERENCE WITH THE COURT
C 04-0760 JSW

1  **APPROVED AND SO ORDERED.**

2  The Court hereby schedules a status conference for __August 21__, 2009 at __1:30__ PM.

3

4  DATED: July 9 , 2009

5  _____
HON. JEFFREY S. WHITE
United States District Judge

28 STIPULATION AND JOINT REQUEST FOR CONFERENCE WITH THE COURT
C 04-0760 JSW
3