BARBARA L. BOZMAN-MOSS (CSBN 129275)
Bozman-Moss & Watson
700 College Avenue
Santa Rosa, CA 95404
Tel: (707) 575-6000
Fax: (707) 575-6014
E-mail: barbara@bmw-law.com

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARDO ANGEL NAVARRETTE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____) | No. C 04-0760 JSW<br><br>**STIPULATION OF DISMISSAL<br>AND [PROPOSED] ORDER** |

    The parties having resolved this matter, it is hereby stipulated that this action shall be dismissed with prejudice.

**IT IS SO STIPULATED.**

//

//

STIPULATION OF DISMISSAL
No. C 04 0760 JSW

| | | |
|---|---|---|
| 1 | Dated: April 9, 2009 | BOZMAN-MOSS & WATSON |
| 2 | | |
| 3 | | _____/s/_____<br>BOZMAN-MOSS & WATSON<br>Attorneys for Plaintiff |
| 4 | | |
| 5 | | |
| 6 | Dated: April 9, 2009 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 7 | | |
| 8 | | _____/s/_____<br>ELLEN M. FITZGERALD<br>Assistant United States Attorney<br>Attorneys for Defendant |
| 9 | | |

**APPROVED AND SO ORDERED.**

The within action is hereby dismissed with prejudice.

Dated: __August 24, 2009__                    _____
                                               HON. JEFFREY S. WHITE
                                               United States District Judge

STIPULATION OF DISMISSAL
No. C 04 0760 JSW

2